IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH BROWN                                                                                    PLAINTIFF

v.                                           3:15CV00150-JM-JTK

CRITTENDEN COUNTY, ARKANSAS, et al.                                        DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 6) pursuant to the Court's July 17, 2015 Order (Doc. No. 4). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's failure to protect and denial of adequate medical care and treatment claims against Defendants Milo, Coleman, and Officer Bert. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Sgt. Milo, Ronnie Coleman, and Officer Bert. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of August, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1