IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH BROWN                                                                                              PLAINTIFF

v.                                          3:15CV00150-JM-JTK

CRITTENDEN COUNTY, ARKANSAS, et al.                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.     All allegations, except Plaintiff's claims of failure to protect and denial of medical care and treatment, be DISMISSED without prejudice, for failure to comply with FED.R.CIV.P. 8 and for failure state a claim upon which relief may be granted.

2.     Defendants Crittenden County, Arkansas, Crittenden County Detention Center, Michael Allen, Doe Corporation, Teresa Bonner, and Christy Childers, be DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of September, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE