## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOSEPH BROWN,                                                              PLAINTIFF
ADC #161465

v.                                            3:15CV00150-JM-JTK

CRITTENDEN COUNTY, ARKANSAS, et al.                          DEFENDANTS

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motions for Summary Judgment and to Dismiss, for failure to prosecute (Doc. Nos. 24, 28). By Order dated May 11, 2016, this Court directed Plaintiff to file a response to the Summary Judgment Motion, warning him that failure to respond would result in all the facts set forth in Defendants' Motion being deemed admitted by Plaintiff, or dismissal of the action pursuant to Local Rule 5.5(c)(2) (Doc. No. 27). On that same date, Defendants filed a Motion to Dismiss Plaintiff's Complaint, for failure to prosecute, due to his failure to respond to their Motion (Doc. No. 28). The copy of the May 11, 2016 Order which was mailed to Plaintiff at his last-known address, was returned to Sender as undeliverable, on May 18, 2016 (Doc. No. 31). As of this date, Plaintiff has not responded to either Motion, and has not otherwise corresponded with the Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to Defendants' Motions, or to the Court's May 11, 2016 Order, the Court finds that Plaintiff's Complaint should be dismissed without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.    Defendants' Motion to Dismiss (Doc. No. 28) is GRANTED.

2.    Plaintiff's Complaint is DISMISSED without prejudice.

3.    Defendants' Motion for Summary Judgment (Doc. No. 24) is DENIED as moot.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 15th day of June, 2016.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1